AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)          ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>GUEORGUI HRISTOV PANTCHEV,<br><br>Defendant | Case No.  2:21-mj-00178-DUTY |

**LODGED**
CLERK, U.S. DISTRICT COURT

**1/13/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of June 15, 2020 and August 11, 2020, relating to Victim #1, in the county of Los Angeles
in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2261A(2) | Stalking |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
Caitlin Bowdler, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:     1/13/2021          _____
                                              *Judge's signature*

City and state:   Los Angeles, California          Hon. Jean P. Rosenbluth, U.S. Magistrate Judge
                                                                   *Printed name and title*

## <u>Table of Contents</u>

I.     INTRODUCTION...........................................1

II.    PURPOSE OF AFFIDAVIT...................................2

III.   SUMMARY OF PROBABLE CAUSE.............................3

IV.    STATEMENT OF PROBABLE CAUSE...........................4

     A.     PANTCHEV's Pre-Incarceration Harassment of
       Victim #1 & Victim #2...........................5

         1.    Stalking & Harassment of Victim #1.........6

         2.    Stalking & Harassment of Victim #2.........9

         3.    PANTCHEV's Restrictions at West LA VA......12

         4.    PANTCHEV's State Stalking & Witness
            Intimidation Convictions...................14

     B.     PANTCHEV's Post-Incarceration Stalking at Loma
       Linda..........................................15

         1.    Stalking & Harassment of Victim #3........17

         2.    Stalking & Harassment of Victim #4........20

         3.    Stalking & Harassment of Victim #5........24

         4.    The Loma Linda VA Restricted PANTCHEV's
            Access.....................................29

     C.     PANTCHEV Returns to the West LA VA and Resumes
       Harassment & Stalking of Care Providers There...31

         1.    Incident at West LA VA Pharmacy...........32

         2.    Renewed Stalking & Harassment of Victim #1.32

         3.    Renewed Stalking & Harassment of Victim #2.33

         4.    PANTCHEV's Ongoing Stalking, Including
            Distribution of Packets of Printed Materials
            at the VA..................................35

     D.     Investigation re KIOWA APARTMENT and Vehicles...43

     E.     Training and Experience on Digital Devices......46

V.     CONCLUSION...........................................50

**AFFIDAVIT**

I, Caitlin Bowdler, being duly sworn, declare and state as follows:

## I.   INTRODUCTION

1.    I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since March 2017.  I am currently assigned to the Los Angeles Field Division Violent Crime Squad which is responsible for investigating kidnappings, extortion, bank robberies, Hobbs Act violations, and other violent crimes.  During the time I have been employed by the FBI, I have also worked on a White Collar Crime Squad.

2.    Since becoming an FBI Special Agent, I have received formal training at the FBI Training Academy in Quantico, Virginia.  This training included segments on conducting criminal investigations, narcotics identification, organized crime, and other law enforcement topics.  During the time I have been employed by the FBI, I have participated in investigations relating to extortion, cybercrimes, wire fraud, mortgage fraud, identity theft, mail fraud, and various types of financial institution fraud and violent crimes.  I have participated in many aspects of criminal investigations, such as, but not limited to, reviewing evidence, the issuance of subpoenas, the analysis of pen and trap and trace records, consensually monitored telephone calls, conducting physical and electronic surveillance, working with informants, and the execution of search and arrest warrants.

## II. <u>PURPOSE OF AFFIDAVIT</u>

3.   This affidavit is made in support of a criminal complaint against, and arrest warrant for, GUEORGUI HRISTOV PANTCHEV ("PANTCHEV") for stalking Victim #1[1] in violation of 18 U.S.C. § 2261A(2) (Stalking).  This affidavit is also made in support of search warrants for the following:

a.   The premises located at 11712 Kiowa Ave. Apartment #1, Los Angeles, California 90049 (the "**KIOWA APARTMENT**") as described more fully in Attachment A-1;

b.   A Dodge Charger with California license plate YUSAY, VIN 2C3CDZH97JH102843 (the "**DODGE CHARGER**") as described more fully in Attachment A-2;

c.   A Cadillac Eldorado Convertible with California plate 1SRR448, VIN 6L67S5Q232292 (the "**CADILLAC ELDORADO CONVERTIBLE**") as described more fully in Attachment A-3; and

d.   The person of GUEORGUI HRISTOV PANTCHEV ("PANTCHEV"), as described more fully in Attachment A-4.

4.   The requested search warrants seek authorization to seize evidence, fruits, or instrumentalities of violations of 18 U.S.C. § 2261A(2) (Stalking) (the "Subject Offense"), as described more fully in Attachment B.

5.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and

---

[1] Numerous victims and witnesses have expressed concern to investigators about cooperating with law enforcement for fear of retribution by PANTCHEV.  The five victims and some witnesses are described herein using names such as "Victim #1," "Witness #1," or "Doctor #1" to protect their privacy and safety.  Their identities are known to the FBI and government.

information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and search warrants and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

6.    Since September 2020, the FBI has been investigating PANTCHEV for stalking and sending intimidating communications to female physicians employed at the United States Department of Veterans Affairs ("VA") facilities in West Los Angeles and Loma Linda.  PANTCHEV's stalking and threatening communications with Victim #1 and Victim #2 began in 2011 at the VA facility in West Los Angeles (the "West LA VA").  In May 2014, PANTCHEV was convicted at a jury trial in the Los Angeles Superior Court on multiple counts of stalking and witness intimidation in connection with Victim #1 and Victim #2.

7.    PANTCHEV was sentenced to prison and eventually released on parole.  He was barred from the West LA VA as a condition of his parole and began seeking medical services at the VA facility in Loma Linda.  Not long after his release in 2017, PANTCHEV began having inappropriate interactions with female physicians and staff at the Loma Linda VA.  Thereafter, PANTCHEV started stalking, harassing, and intimidating Victims #3, #4, and #5.

8.   Despite his parole conditions, in 2020, PANTCHEV sought care at the West LA VA.  He also sent intimidating communications to colleagues of Victims #1 and #2 beginning in the summer of 2020, skirting the exact prohibitions of his parole.  Recently, PANTCHEV relocated his residence to the edge of the West LA VA campus.  As described below, PANTCHEV has now deluged Victims #1 and #2 and their colleagues with hundreds of lewd, sexually explicit, and false fliers bearing large pictures of Victim #1 and Victim #2 that PANTCHEV has distributed around west Los Angeles day after day.  Some of these fliers include inflammatory, racist language that PANTCHEV falsely attributes to Victims #1 and #2 along with their contact information and requests the reader to "Get rid of them, PLEASE."

9.   Each of the victims has reported that, as a result of PANTCHEV's actions, she is fearful of PANTCHEV and concerned for her safety.

10.   As detailed below, the FBI believes that the **KIOWA APARTMENT,** the **DODGE CHARGER**, the **CADILLAC ELDORADO CONVERTIBLE**, and PANTCHEV's person will contain evidence, including digital evidence, related to PANTCHEV's stalking and harassment of, and threats to, multiple victims, including evidence related to the accounts PANTCHEV used to send various harassing and intimidating communications.

IV. <u>STATEMENT OF PROBABLE CAUSE</u>

11.   Since September 2020, the FBI has been investigating PANTCHEV for stalking and sending intimidating communications to

4

physicians employed at the United States Department of Veterans Affairs ("VA") facilities in West Los Angeles and Loma Linda.

12.  Through its investigation, the FBI learned that PANTCHEV was previously convicted by a jury in the State of California in connection with threatening and stalking physicians employed at the VA, namely Victim #1 and Victim #2, who are also two of the five identified victims of the ongoing stalking.

### A.  PANTCHEV's Pre-Incarceration Harassment of Victim #1 & Victim #2

13.  Based on my review of memoranda describing interviews with Victim #1 and Victim #2, my review of harassing emails and documents believed to have been sent by PANTCHEV, from discussions with other law enforcement officers, and from my review of Los Angeles Superior Court records, I have learned the following:

14.  Prior to his arrest, PANTCHEV predominately used two email accounts to communicate with Victims #1 and #2, as well as others.  Provider records show that both accounts were registered to PANTCHEV.  The first was usaghp@yahoo.com (the "Yahoo Account").  The second account was usaghp@gmail.com (the "Gmail Account").  In addition to being registered in his name and having the same user name, both email account names include PANTCHEV's initials, "ghp."  Google and Yahoo records shows that at times both the Gmail Account and the Yahoo Account were accessed from the same IP address, which indicates a user in common for the two accounts.

15.   Victims #1 and #2, along with others who received the communications, believed that the messages were coming from PANTCHEV because sometimes the emails were signed with his name, the emails often contained the same words and themes, and the emails often referenced events in which PANTCHEV was known to be involved.

          1.   <u>Stalking & Harassment of Victim #1</u>

16.   In 2011, Victim #1 was a physician at the West LA VA. She said that she never treated PANTCHEV as a patient, but she signed a document related to his treatment in April 2011.

17.   Thereafter, Victim #1 said that PANTCHEV came into her office at the West LA VA and demanded that she confirm her identity.  Two days later, on April 7, 2011, she found a typed, one-page note under her door.  It accused Victim #1 of using PANTCHEV as "fodder" and seemed angry.

18.   Victim #1 reported that starting the next month, she began to receive emails from a person she believed to be PANTCHEV.  PANTCHEV began emailing her, sending approximately 40 emails to her over a sixteen-month period.

19.   I have reviewed emails sent to Victim #1, and they contained, among other things, the following:

        a.   On May 25, 2011, Victim #1 received an email from the Yahoo Account entitled, "Fw: Clinicians COLLUSIVE BEHAVIOR & Female MDs Decreasing Growth Rate."  The email was addressed to Victim #1 and one other VA employee, had PANTCHEV's name as a signatory, and contained several attachments.  The email provided the following:

> Hi, Would you please ask **UNETHICAL & SELFISH [Victim #1]** to stay way from my record. I previously asked her (attachment #5). She keeps on co-signing in May 2011. She contributed to the Police Escort i.e. she complained about me below is what I forwarded to my Psychiatrist, the recipients and the top Medical Schools in the nation
> . . .
> The attachments show what "a cup of coffee" cordial invitation to a Female Doctor exaggerated as "following her to her car and asking her to have sex" with me can lead to. All citations are real from my Medical Record.[2]

      b.   On September 2, 2011, Victim #1 responded and wrote:

> Mr. Pantchev, Since April I have been receiving numerous emails from you. They are annoying, time consuming, and distracting from clinical duties. I have never been part of your treatment team and do not understand why I am included on such correspondences. Please cease all future emails to me immediately. Thank you. [Victim #1]

      c.   On September 7, 2011, Victim #1 received another email from the Yahoo Account, addressed to Victim #1 and approximately 24 other VA employees, including Victim #2.  The email stated the following:

> I asked you all to please convince me why I should not torpedo her…… For her sake….since you used her… I DID NOT ask any of you to exercise the "ill defined" "Duty to Protect/Warn" and exacerbate a deteriorating situation….
>
> At least I hope you get bonuses for Tarasoffing, though at someone else's expense, and "keeping the well-being" of others, in this case a Doctor whom you used….
>
> How can I trust anyone to reveal my thoughts and what is bothering me now…
>
> While I was at Johns Hopkins, I asked a professor for accommodations and did not want to give the university sensitive  Info, given Polytrauma lied I followed

---

[2] All emails and excerpts thereof are reproduced verbatim including errors and typos in the originals.

Victim #2 and "asked her to have sex with me," and
[Student #1] PhD'Boyfriend followed me from [Doctor
#1]'s appointment…. The professor assured me that my
info would be save and if there is a leak he would
resign because he would not want to be part of such
organization……

      i.    Student #1 is someone who was working at the VA at the time and interacted with PANTCHEV.  When recently interviewed, Student #1 explained that when she had worked at the VA, PANTCHEV would come to her office and ask her colleagues if she was there and once left a note on her mailbox at her apartment asking if she wanted to talk to him.  Once, PANTCHEV saw her with her boyfriend and started telling people that her boyfriend threatened PANTCHEV, which is apparently what is being referenced in this email.  Student #1 recalled being scared of PANTCHEV.

      ii.    Doctor #1 treated PANTCHEV prior to his incarceration.  When recently interviewed, Doctor #1 recalled that PANTCHEV would tell Doctor #1 that Doctor #1 had done PANTCHEV wrong and that PANTCHEV knew where he lived.  Doctor #1 believed that PANTCHEV took pleasure in frightening people.  Doctor #1 considered relocating his residence because of what PANTCHEV said to him.

      d.    On June 25, 2012, Victim #1 received an email from the Gmail Account.  This email was entitled, "SORCERESS M.D.s PARTY & THERE FAVORITE PATIENT" and stated, among other things, the following:

The Sorceresses M.D.s & Witches Clinicans Party with
their one and only favorite and beloved patient whom
they all love as a horse loves the whip :):):)

Apogee Sorceresses' Triumph

    Flat-Ironed-Straitened Pitch-Black Hair
    Let me introduce his Nightmare
    Dip his testicles in hot coffee
    Bite one off as toffee
    Scramble the other to sweeten my coffee
    My venomous spit
    would embalm him in the pit

    Carefully Planed and rehearsed by: PANTCHEV's HATERS
    CLUB

20.  Victim #1 said that the emails made her feel scared,

angry, annoyed, and embarrassed.  She understood PANTCHEV's

emails to contain many sexual undertones and indirect threats.

            2.  Stalking & Harassment of Victim #2

21.  In 2009, Victim #2 was a physician at the West LA VA

at the Polytrauma Clinic.  She told investigators that in the

fall of 2009, PANTCHEV came to the clinic where she worked.

After Victim #2 spoke with PANTCHEV, he interrupted her session

with another patient.  PANTCHEV wanted to discuss a hernia and

show it to Victim #2.  She declined, told him that it was not

appropriate, and that she was not a general surgeon.

22.  After that, Victim #2 reported that PANTCHEV started

frequenting the campus and that he would stop Victim #2 to ask

her about his care.  PANTCHEV asked Victim #2 to go to coffee

with him.  She told him that it was not appropriate for her to

date a patient and PANTCHEV told her that he knew that she

really wanted to date him.

23.  Victim #2 reported that one to two years later,

PANTCHEV accessed her offices after hours and slid an eight-page

document under the doors of her office and those of some

colleagues.  No one knew how PANTCHEV gained access to the

                                9

building after hours.  I have reviewed a copy of the document.
It was dated March 31, 2011, titled "Immediate Attention HIPPA
Violation," and had PANTCHEV's name handwritten on it.  The
subject line contained the following:

> MISCONDUCT crying out loud for IMMEDIATE PUNITIVE
> ACTION of the 'younger female colleagues . . . these
> women [who] reported being very uncomfortable . . .
> who COULD HAVE and STILL CAN, if further allowed,
> generated a situation in which SOMEONE GETS HURT, AND
> OR SERIOUSLY INJURED, AND OR EVEN DEAD!!! WHO VIOLATED
> MY PRIVASY [sic] FOR SELFISH REASONS!!!

24.  Victim #2 estimated that she received approximately
60-80 emails from the Yahoo Account and the Gmail Account at
various intervals thereafter.  She reported that the emails
would be sent to her and to others at the West LA VA.  I have
reviewed emails sent to Victim #2, and they contained, among
other things, the following:

a.  On July 3, 2012, Victim #2 received an email from
the Gmail Account, addressed to Victim #1 and Victim #2, and
entitled "Matadoresse [Victim #2] Blew Me Six Ways From Sunday."
The email contained the following:

> DOCTORESSE [Victim #2] STOCKS HAVE DEFINITELY MOVED UP
> IN MY BOOKS. SHE KICKED MY ASS AND BLEW ME SIX WAYS
> FROM SUNDAY.
>
> Last Friday,
> **Doctressse [Victim #2]** spontaneously jumped and stood
> in a way of a 5,300 Lbs. Beast, heavier than SUV
> Muscle Car that can go from 6-60 in less than five
> seconds, and challenged me to come out and fight her
> in front of Building 304 😊😊😊
> . . .
> **Doctressse [Victim #2]** chickened me out in a way NO
> one has ever done, thus irrefutably earning her title
> **Matadoresse [Victim #2]**
> . . .
> Is this Matordesse's way of conveying she is open to
> and accepts "coffee invitations" and "parking lot
> following"…… and if she does not like the inviter and

follower, or if he bores her, she would practice "Kick
His Ass First, and CPR Second, Castration For Fun,
Last Resort"
. . .
New Treatment Plan For Her Favorite Patient
Sneak up in the dark in G.'s place wake G. up and ask
G. to inspect her outfits, swards, guns, knives and
hair:
. . .
If she just found out about what she is up against,
she would be paled :)

   i. Doctor #2, who worked with Victim #2 and who
also reported that she was afraid of PANTCHEV, recalled an
incident where PANTCHEV aimed his car at Victim #2 in the West
LA VA parking lot.  It appears that this is his version of that
event.  Building 304 is where Victim #2 worked at the time.

   b. On August 27, 2012, Victim #2 received an email
from the Gmail Account, entitled "Doctoresse [Victim #2's] Idea
of Romantic Night vs. Her Favorite Patient's + Miquel Brown – So
Many Men, So Little Time (Remix) (1983)."  The body of the email
included the statement "You are getting this, so, when you see
me with the Tree Trunks, or gone, you would know why."  The
email contained a series of attachments purporting to juxtapose
Victim #2's "Ideas of Romantic Night" versus those of "Her Heart
Breaker."

   i. According to Victim #2, PANTCHEV once
witnessed Victim #2 with her then fiancé (now husband) and then
referred to him, at some times, as a tree trunk (ostensibly
because he is physically large).

   ii. In an with Investigator Troy, Victim #2
recounted how one night, when she was leaving work, PANTCHEV had
parked his car in front of her clinic.  As she was leaving, she

encountered PANTCHEV, and she walked back to her building and locked the door.  PANTCHEV followed her and was knocking on the locked door, holding one of his manifestos.  The staff called the VA police.  During the time that PANTCHEV was stalking her, Victim #2 considered leaving her job or moving away so that she could get away from PANTCHEV.

### 3.   PANTCHEV's Restrictions at West LA VA

25.  As a result of PANTCHEV's conduct towards Victim #1 and Victim #2, the West LA VA implemented restrictions on his access to the campus.  Dr. Dean Norman, Chief of Staff at the West LA VA informed PANTCHEV of these restrictions by way of a May 2, 2012 letter.  I have reviewed a copy of the letter, which provides, among other things:

> Over the last several months you have sent threatening e-mails and letters, to various staff members at the Veteran Affairs Greater Los Angeles Healthcare System at West Los Angeles, that were interpreted by some staff members as threatening.  VA Police were notified and asked to investigate these issues.  VA Police conducted the investigation and forwarded the investigative findings to the Prosecuting Attorney who reviewed the cases and went forward with criminal charges.  You subsequently failed to present yourself to the courts for the hearing and a judge has declared a bench warrant for your arrest.

26.  The letter went on to inform PANTCHEV of restrictions to his access to the West LA VA, which included a police escort to all appointments.

27.  Indeed, in a letter dated August 13, 2012, from some members of the Polytrauma Clinic at the West LA VA to the VA leadership about PANTCHEV, it described PANTCHEV's harassment campaign and the fear it created:

He has repeatedly referred to himself as a "trained killer." Several of our providers have been afraid to come to work for the past few years because of the systematic terrorizing [PANTCHEV] has subjected us to via e-mail and hard copy letters.  His detailed, disturbing, and threatening emails are directed towards one of our female doctors in particular.  However, we are all concerned for our safety.  Several of us have taken steps to warn our families of what may happen to us if [PANTCHEV] takes more drastic actions.  These concerns became even more concrete as we heard about the events in Aurora, Colorado and Oak Creek, Wisconsin.[3]

28.  In July 2012, PANTCHEV was arrested in connection with making threats and stalking.  He was subsequently released pending trial.  After his release, it appears that PANTCHEV, using an anonymous account, sent an email to Victim #1 and Victim #2 on September 16, 2012, with the subject, "The Mob Doctor – Be careful who you owe" from stressedaboutsecurity@hush.com.[4]  The email provides:

Bitch,

Before you drag any more down consider the following and tell them, especially your colleges who dragged you down.

What you owe is compounded continuously and will come out of you in one form or another.  You have caused too many losses to too many people.

---

[3] This appears to be a reference to the July 20, 2012 mass shooting inside a movie theater in Aurora, Colorado and the August 12, 2012 mass shooting at a Sikh temple in Oak Creek, Wisconsin.

[4] Hush.com is a Canadian-based company that facilitates anonymous communications and is uncooperative with law enforcement.  VA Investigator Dennis Troy, who was assisting with the case, was unable to definitively connect this account with PANTCHEV, but he believes, based on the content and the context, that it was PANTCHEV who sent this email and did so using hushmail as a way to avoid detection after his arrest.

You might put one away for a while but not all for
sure.  Don't confuse peace with calm before the
disaster.

An airhead would bet on "duty to protect," weapons
banning rules, and the pigs to enforce them. Are you
an airhead?

Next time before you point at someone, think about
someone paying you a visit and a 50 caliber weapon
that penetrates a bullet proof vest. The pigs won't be
able to absorb even a bullet meant for you let alone a
collector, and will delude you by saying that 50 cal
is illegal. Would you like to purchase one? Maybe it
will give you a peace of mind, better than the pigs.
If so, don't be afraid to talk to a stranger, the
stranger might have what you need.

    4.    <u>PANTCHEV's State Stalking & Witness Intimidation
Convictions</u>

29.  From Los Angeles Superior Court records, I know that
on August 9, 2013, in connection with his stalking of Victim #1
and Victim #2, PANTCHEV was charged in a 14-count information in
Los Angeles County Case No. SA082367.

30.  Victim #1 and Victim #2 testified as witnesses at
PANTCHEV's state court trial.  Victim #2 told investigators that
she feared the repercussions of testifying, and in an interview
with investigators recounted how PANTCHEV taunted her during
trial.  Victim #2 recounted that even in the middle of trial,
PANTCHEV said to her, "Sweetheart, you are taking this way too
far.  Why are you doing this?  You should not be doing this."
The bailiffs told PANTCHEV to be quiet.  They then had to stand
around PANTCHEV to get him to stop talking to her.  She turned
her chair to face the jury so she would not have to look at him.

31.  On May 16, 2014, PANTCHEV was found guilty, after a
jury trial, on nine counts:

a.    Stalking Victim #2 in violation of California Penal Code section 646.9(A), a felony;

b.    Stalking Victim #1 in violation of California Penal Code section 646.9(A), a felony;

c.    Three counts of Intimidating a Victim/Witness against Victim #2 in violation of California Penal Code section 136.1(B)(2), a felony;

d.    Two counts of Intimidating a Victim/Witness against Victim #1 in violation of California Penal Code section 136.1(B)(2), a felony;

e.    Two counts of Violation of a Court Order, in violation of California Penal Code section 166(A)(4), a misdemeanor.

32.  PANTCHEV was incarcerated until approximately September 19, 2017, at which point he was released on parole. As a condition of his parole, PANTCHEV was not permitted to go to the West LA VA nor was he permitted to reside in Los Angeles County.  The VA transferred his care to the Loma Linda VA facility.  PANTCHEV was also prohibited from contacting Victims #1 and #2 directly.

**B.   PANTCHEV's Post-Incarceration Stalking at Loma Linda**

33.  I know from VA records that after his release from custody, PANTCHEV began to receive medical services at the Loma Linda VA.  At that time, PANTCHEV lived on University Avenue in Loma Linda ("University Avenue Residence"), which was very close to the VA Loma Linda's campus.  As detailed below, shortly after

his release from custody, PANTCHEV resumed his harassment and stalking of healthcare providers.

34.   Based on my review of memoranda describing interviews with Victim #1, Victim #2, Victim #3, Victim #4, Victim #5, my review of harassing emails and documents believed to have been sent by PANTCHEV, my review of VA reports, and from discussions with other law enforcement officers, I know the following:

35.   The harassing emails that post-date PANTCHEV's incarceration and that appear to come from PANTCHEV have originated from the account: usaghp@yandex.com (the "Yandex Account"). Yandex is a Russian internet services company that offers, among other things, online email service similar to Gmail.  While I have been unable to obtain subscriber records from Yandex, I believe that these emails have come from PANTCHEV because:

          a.   Many of the emails have PANTCHEV's name as a signatory;

          b.   The "usaghp" portion of the email name is identical to the Yahoo account and Gmail account names and also includes PANTCHEV's initials;

          c.   The email subject lines often include PANTCHEV's name and sometimes the numbers "3384," which are the last four numbers of PANTCHEV's social security number;

          d.   The emails will sometimes include a phone number, xxx-xxx-6088, which Verizon records have shown belongs to PANTCHEV (the "Pantchev Phone Number");

16

e.    The emails often reference events that involve PANTCHEV;

f.    The emails have themes similar to each other as well as those PANTCHEV sent from the Gmail and Yahoo Accounts;

g.    Records have shown emails between the Yandex Account and the Gmail Account; and

h.    PANTCHEV listed the Yandex Account as his contact email address on paperwork that he provided to the VA, to Housing and Urban Development, and to the telephone company that provides his telephone number.

### 1.   Stalking & Harassment of Victim #3

36.   Beginning in 2008, Victim #3 was a physician at the Loma Linda VA.  Victim #3 is in a leadership role on the Disruptive Behavior Committee ("DBC"), a committee responsible for dealing with disruptive behavior by veterans.  Victim #3 first became aware of PANTCHEV when he was released from prison and assigned to the Loma Linda VA for services.  In her capacity as a member of the DBC, Victim #3 has communicated with PANTCHEV numerous times in response to reports about his behavior.

37.   Victim #3 has received a number of emails sent from the Yandex Account.  I have reviewed copies of those communications, which include the following:

a.    A July 26, 2019 email bcc'ed to Victim #3, that purportedly sought to appeal a restriction that the DBC had placed on PANTCHEV.  The email subject line was, "Pantchev (3384)'s (1) flag appeal & (2) Conformation That Pantchev is Disallowed To Get Services Sans Appointment)."  The email

17

contained claims about Victim #3, including but not limited to
the following:

   i. Based on the spelling of Victim #3's first
name, that her parents were uneducated and low class.

   ii. Descriptions of Victim #3 as a "witch," a
"nincompoop," and a "boob."

  b. A March 23, 2020 email titled, "Pyrrhic Victory
(Monday, March 23, 2020, 13:30 Meeting)" and sent from the
Yandex Account.  In the email, the author, believed to be
PANTCHEV, called Victim #3 a "Gorgon," "old bat," and "witch,"
among other names.  Victim #3 told investigators that at this
point, she was distressed by the fact that PANTCHEV accused her
of wrongdoing.  Specifically, the wrongdoing was, as PANTCHEV
wrote: "(1) Falcifying Medical records is a SERIOUS
OFFENCE!!!!!!! (2) Falsifying Government Records is EVEN DIRER
OFFENCE for my medical record is a government record!!!!!"
PANTCHEV sent Victim #3 two additional emails that day that were
nearly identical in wording but with slight variations.

  38. Victim #3 explained to investigators that in her role
on the DBC, PANTCHEV's case was an outlier in terms of the
nature and severity of restrictions imposed.  In her experience,
when the police are required to escort a patient, it would be
enough to cause the patient to change his behavior.  PANTCHEV,
however, seemed to escalate his behaviors in response to any
restriction.

  39. In July 2020, the Chaplain of the Loma Linda VA
contacted Victim #3 and told her that there were signs posted in

Alta Loma with her name and lewd sexual content.  The
handwritten signs, which were posted about five miles from her
home, included the following:

> a.   Victim #3's name
>
> b.   "Ass to mouth"
>
> c.   "$1,000"
>
> d.   "(909) 852 7084 #7526"[5]

40.  Victim #3 explained that the telephone number listed
was for the Loma Linda VA, but the 7526 extension belonged to
another psychologist that worked there.  Victim #3 informed
Investigator Troy that as a result of PANTCHEV's conduct, she
had become more vigilant about her safety and planned to install
security cameras at her home.

41.  On August 11, 2020, Victim #3 received another email
from the Yandex Account, which was titled, "Malfeasance &
Misfeance & Dereliction of Duty & Frittering of Taxpayers Money
Away by the Department of Veterans Affairs."  It contained a 38-
page attachment, called "Apercu 38," which focused on numerous
persons within the VA system and Victims #1 and #2 in
particular.  In the attachment, the user of the Yandex Account
wrote, the "Witch is Gonna Fuck You, Suck you dry, and Drop you
like a bad habit, sans remorse . . ."  He also repeated the word
"lifeless" throughout and wrote that, "a condition while having

---

[5] This flier does not have specific identifying information.
However, on other occasions, PANTCHEV had provided handwritten
documents directly to Victims #4 and #5.  Based on review of
these documents and  other examples of PANTCHEV'S handwriting, I
believe that PANTCHEV wrote this sign.

sex in the missionary position that the female on bottom will just lay there like a  . . . lifeless fish."

42.  Victim #3 considered the sexual content in PANTCHEV's emails to be very disturbing, and found it threatening that he repeatedly wrote about rape.  Victim #3 believed that PANTCHEV wrote these messages to harass, threaten, and intimidate female providers.

43.  In addition to the emails she herself received from the Yandex Accout, Victim #3 also received emails discussing her that were sent to others at the Loma Linda VA, including Victim #5, who forwarded some messages to Victim #3.

44.  On August 25, 2020, an email titled, "Malfeasance & Misfeance & Dereliction of Duty & Frittering of Taxpayers Money Away by the Department of Veterans Affairs," was sent from the Yandex Account.  This email was sent to at least one member of the VA staff, but not directly to Victim #3.  A colleague forwarded the email to Victim #3.  The email provided Victim #3's name in large red font and wrote, also in red font, "Chair-Bitch Behavioral Committee Loma Linda VA (this is an M.D. Position) Class of 2003 UC Santa Barbara is consumed with desire for fucking with me Elle est beaue!!!"  Embedded in the email after these words was a pornographic image of a woman performing fellatio on an erect penis, which was large enough to fill about a page of the email.

        2.   Stalking & Harassment of Victim #4

45.  In 2019, Victim #4 was a physician at the Loma Linda VA.  She first interacted with PANTCHEV in June 2019, when she

saw him as a patient.  During this appointment, PANTCHEV
demanded that she place her face within four inches of his
genitals to examine a supposed mole.  Victim #4 did not consider
this a legitimate request.

46.  PANTCHEV would not leave the appointment room and told
Victim #4 that he needed more time.  PANTCHEV was resistant to
going to the waiting room and kept blocking the waiting room
door.  Once Victim #4 got PANTCHEV to the waiting room, he wrote
a two-page letter that he wanted her to read, write a response
to, and sign.  He told her that he would not leave unless she
signed it.  Victim #4 told him that if he did not leave, she
would call the police.

47.  Victim #4 said that when she spoke with PANTCHEV, she
remembered that he did not blink and kept staring and talking
strangely.  She felt threatened by his body language.

48.  Thereafter, Victim #4 had to call PANTCHEV to inform
him about a change to an appointment, and when he answered the
phone, he laughed.  He started talking slowly asking her, "are
you on your cellphone?"  PANTCHEV again asked her if she was on
her cellphone.  He then said, "[Victim #4], it is so nice to
have you call me."  PANTCHEV claimed that he understood about
the appointment change and that he would not be a problem for
her this time.

49.  Victim #4 received emails from the Yandex Account on
September 18, September 25, and October 9, 2020.  I have
reviewed the emails sent to Victim #4, and they contained, among
other things, the following:

21

      a.   On September 18, 2020, Victim #4 received an email from the Yandex Account containing, in part, the following:

> Welcome to the PANTCHEV's  Hateresses Club,"
> ChairBitch of witch is [Victim #3], but in such case
> Doctress [Doctor #2][6] "needs to document in my chart
> wherefore I am "scurvy" for her.
> . . .
> Foreboding:  should [Doctor #2] choose to do the
> latter and you shore it up, you both shall become part
> of something you want no part in, you shall get a
> separate email.

      b.   On September 25, 2020, Victim #4 received an email from the Yandex Account, containing, among other things, the following:

> [Victim #4] (NOT Cunt [Victim #2]) & [Doctor #2], you
> are getting drawn in this, namely, some pieces of shit
> and Shrews are saying that Doctress [Victim #4] &
> Doctress [Doctor #2] had the same problems with me and
> are "affrighted" of me as the Cunts below..... I was
> NOT looking for such confrontation with neither of
> you.... you chose to spurn me through the medium of
> manipulating government rules and polices to
> malefilacy snub treating me with malicious intent to
> hurt me by Machiavellianly orchestrating a situation
> in witch (1) you are "affrighted" and (2) I have to be
> in near proximity of you in your clinic, run by
> [Victim #4] (NOT Cunt [Victim #2]) and (3) by being
> treated by your collages to witch you sent loud and
> clear message that this is "the asshole of whom
> Doctresses [Doctor #2] & [Victim #4] are
> frightened."  Above and Beyond, you lied to your staff
> that "I don't like Women Doctors and request only male
> doctors,"  how, dare you besmirch me in such manner???
> . . .
> What the fuck is wrong with you????  I have NEVER DONE
> anything to any of you and you are trying to imprison
> me???  Do you realize that your skittishness to see me
> can be played in court afoul of me to imprison
> me???  If that occurs, you two Sweethearts, shall be
> subpoenaed in court to point your finger at me and
> explain the court and the jury why and how I
> "threatened you,"
> . . .

---

[6] Doctor #2 was a doctor at the VA, her identity is known to the FBI and the government.

"Ladies DON'T WORRY!!!  BE HAPPY!!!..... videlicet,
Don't freak out for (1) there is NO reason for your
photos be published, (2) if someone really wants them,
she can get them:):):) regardless of how well you
burry them......"
. . .
Quoth I NOT you should fuck me, though I would not
resist, just throwing this in so any Doctress, or
Doctress Sans M.D., such as Bellicose [Victim #3],
would not ejaculate viz. ululate irate "So, I'm not
good enough for him to be his Girlfriend?".... we all
saw what [Victim #2] did😊😊😊... in this aspect,
Doctresses, I am at your wits' ends😊😊😊

50.  On October 9, 2020, Victim #4 received an email from

the Yandex Account, containing, among other things, the

following:

[Victim #4], MD, nota bene: the two Cunts manipulated
government rules and polices to deny treating me in
Dermatology, both VA Loma Linda & Loma Linda
University. [Victim #4], MD Redheads[7] Have NO Soul 50
lbs. lighter 30 years younger." Following the last
statement, PANTCHEV attached a headshot photo from the
VA website of Victim #4. "[Victim #4] & [Victim #2] &
Shawna shall be in transports of delight should I get
smitten by COVID 19, please, don't spoil the
delectation of the [Victim #2 and Victim #4] & Shawna-
Virago, Gorgon, and Spitfire... you don't wanna set
yourselves on their bad side....Soulless [Victim #4] &
Heartless [Doctor #2] got into a fight over me, I kid
you not, the former wanted to seclude me for she is
tired of her soul-destroying husbands, fancied that I
put new strength/life/heart in her, the latter wanted
to carve me on an autopsy table....

51.  Victim #4 told investigators that she believes the

emails from PANTCHEV were implicitly threatening and make her

want to have no contact with him whatsoever.  Victim #4 fears

for her safety and well-being.  Because of her concern about

PANTCHEV, Victim #4 now takes different routes home from work

every day.  Her interactions with PANTCHEV have caused her

---

[7] Victim #4 explained that she had red hair when she
interacted with PANTCHEV and believes he is referencing her in
this statement.

23

emotional distress and she is scared to check her mailbox at her residence.  She is concerned PANTCHEV will find out her personal information.

### 3.   Stalking & Harassment of Victim #5

52.  Victim #5 first interacted with PANTCHEV when he was a patient in the emergency room at the Loma Linda VA.  During that visit, PANTCHEV wanted to speak to Victim #5 without his police escort.  PANTCHEV asked Victim #5 for her name.  PANTCHEV was making gestures, flailing his arms, talking in an angry tone and was visibly frustrated.  PANTCHEV refused care with the officer present, so Victim #5 left the room and did not treat him.

53.  Victim #5 interacted with PANTCHEV again on May 3, 2020, at the Loma Linda VA COVID screening tent, when PANTCHEV asked for her by name.  PANTCHEV handed Victim #5 a handwritten letter that had disparaging comments about the VA Police and claims that he was not receiving care.  He told her not to give the letter to the police, but that he wanted the letter to go in his chart.

54.  Victim #5 began receiving emails, apparently from PANTCHEV, the same day, May 3, 2020.  The emails to Victim #5 were all sent using the Yandex Account.  In approximately nine of the emails PANTCHEV signed his name "Gueorgui H Pantchev," and in approximately three of the emails he provided the Pantchev Phone Number.

55.  Victim #5 never gave PANTCHEV her email address or her full name.  Around this time, Victim #5 told investigators that she looked for information about PANTCHEV online and learned of

24

his prior conviction related to Victims #1 and #2, which
heightened her concern about him.

56.   Between May 3, 2020 and November 1, 2020, she received
approximately thirty emails from the Yandex Account.  In those
emails, the author, apparently PANTCHEV, referred to her as a
"doctress" and "tormentrix," consistent with his emails to his
other doctor victims.  Over time, PANTCHEV's emails evolved from
strange yet banal subjects to emails with sexual references and
later to references of rape and sexual violence, even though
Victim #5 was not engaging with PANTCHEV.

57.   On May 4, 2020, Victim #5 received an email from the
Yandex Account containing the following message:

> Tormentrix is a Feminine for Tormentor.... in the
> Middle Centuries they had them in the dungeons and
> worked in the Torture Chambers to torment Prisoners,
> such as a Heretic who would dare NOT revere a Deity,
> such as a Prepossessing Doctress..... Ohm, I know,
> Deorling, you are a Doctress, you help people, you
> don't afflict people..... You are a Remedy...... how
> dare I dub you "Tormentrix"?????."

58.   At the end of the email the author wrote, "Last and
foremost, would you like to have a cup of coffee with me? I
ascertain you, you won't be bored and you shall be in transports
of delight!!!"

59.   On May 21, 2020, Victim #5 received an email from the
Yandex Account including a link to an image of a nurse wearing a
see-through gown with only a bra and underwear underneath.  The
author wrote, among other things:

> I have personally seen MYRIAD TIMES Doctresses & RN
> sans bras wearing the white coats... when they lean
> you can see their blossoms......... THEY DONT
> CARE..... that is a NORM there......  if you try to
> touch and grab...... you'll get slapped....... blame

them not.... they don't have AC.....  it is a
different ZONE there....It shall continue to
happen...... they give a blind eye..... the reason she
got slapped on the wrist is FOR IT WENT VIROL.......
really funny but you see how focused she is on her
job..... if someone grabs her uninvited.... she shall
set the tray slap the guy.... and go back to her
job...... no sexual harassment lows.

60.  On June 15, 2020, Victim #5 received an email from the

Yandex Account with the subject line, "Malfeasance & Misfeasance

& Deriliction of Duty & Frittering of Taxpayers Money Away,"

that said vulgar things about West LA VA doctors, including the

following:

Squint-Eyed [Victim #2] M.D. has been ravished, to be
specific raped, by a Veteran, NOT me, prior attending
Medical School, whereby dealing out to her a permeant
detrition witch parlously vitiates her judgment, she
luxuriates in meting out defilement to men,
particularly Veterans.
. . .
Once Sanguinary [Victim #2] M.D. accosted me at West
LA VA, simpered and whispered: "I'll shoot you in the
stratum, if you can keep it up, I'll let you fuck
me.... go on, say something, no one is gonna believe
you."  The VAPD was a stone throw away.  After all she
is an enchanting doctoress and "doctors don't lie"
. . .
Be NOT cozen by the varnished mien of [Victim #2] &
[Victim #1], I ascertain you, they are antipode to
being sightly, whereof you currently see is their
lacquered cut version after series of plastics
surgeries coupled with Anorexia, they are repulsive
sans makeup, they both used to be bedraggled, the
former had a wide as a Cadillac trunk derriere and was
rolling like a fat ball, was over 165 lbs., the latter
was a 250 Pounder.

61.  Victim #5 was concerned by this email because it

appeared that PANTCHEV was still fixated on doctors at the West

LA VA.  The email disturbed Victim #5 because it was incoherent

and discussed acts of violence.  Victim #5 never responded to

the emails, and instead forwarded them to law enforcement.

62.  Victim #5 also changed her social media accounts to private out of concern about PANTCHEV.  She took steps to avoid any interactions with PANTCHEV at the VA, including having her colleagues call her when PANTCHEV visited the emergency room so that she can stay away.  Victim #5 was very concerned and emotionally distressed at potentially having to interact with him.  She worried about PANTCHEV following her home after work.

63.  On November 1, 2020, Victim #5 was working a shift at the Loma Linda VA ER where PANTCHEV was a patient.  Victim #5 did not interact with him, but had to put in the orders for his medication.  PANTCHEV asked his nurse who prescribed his medication.  When the nurse told him Victim #5 had put the orders in PANTCHEV gave the nurse a letter for Victim #5.  I have reviewed the letter, and based on the header and footer printed on the email, which includes "Yandex.Mail" and "mail.yandex.com," it appears to be a printout of a draft email written on a Yandex account.  The letter was typed, but also included handwritten notes, and provided the following:

> Doctress [Victim #5], hand delivered. Dear
> [Victim #5], Quoth I NEVER anything disparaging in re
> you, I got information that you have complained in re
> me deriding you, something that I never did. In a
> matter of fact, I like for you are bewitchingly
> pulchritudinous :):):) Would you like to have a tryst
> with me or a Parley :):):)  You SHAN'T BORED :):):)
> Cordially Gueorgui H PANTCHEV [xxx-xxx]-6088 P.S.
> Yesterday Hallowing was our anniversary since you
> jilted me in the ER :):):) last year

64.  Victim #5 was extremely distressed upon receiving the letter, because it was prepared in advance, suggesting that PANTCHEV might know her work schedule.

65.   That same day, after PANTCHEV delivered the letter at
the ER, Victim #5 received four emails from the Yandex Account.

a.   The first email was sent at approximately 10:16
AM and contained, among other things the following:

> Sunday, November 1, 2020 @ 8:45 am
> Loma Linda VA ER quod vide the attached Per Dwight RN,
> the latter handed it to [Victim #5], then somehow
> Noisome Seth-the Charge Nurse-an Obnoxious Retard-
> Witch came to threaten me to "kick my ass" for passing
> it to [Victim #5].... Nota Bene: I specifically asked
> Dwight to HAND IT to [Victim #5].... The attached WAS
> MEANT for [Victim #5] ONLY and NO ONE else......Had I
> not made a special 180 mile trip to get help, had I
> not been injured, and had the VAPD not purloined my
> medications, I would have left... and came at a later
> point whence the Overbearing Seth-the Charge Nurse-is
> not there. Twig:
> . . .
> I passed the attached to [Victim #5] for I got
> information that [Victim #5] is put on par with some
> VERY VERY VERY Treacherous & Insidious Doctresses
> Witch Maleficly spurned to treat me sans my imbuing
> them, namely, some upper echelon management is trying
> to concoct that "[Victim #5] is having the same
> problems with me as [Victim #2], [Victim #1],
> [Victim #4], and [Doctor #2]"..... Twig: [Victim #2] &
> [Victim #1] would NOT be allowed to practice outside
> the VA and are loathed by all of their colleagues and
> ALL Veterans, several Ethical Clinicians resigned
> because of the two Shrews....Nota Bebe:
> . . .
> [Victim #4]& [Doctor #2] would be disallowed to
> practice outside Loma Linda.... "don't get in this
> boat" [Victim #5].... [Victim #5], if you can't handle
> being a Doctress, put an apron and get back in the
> kitchen....  I have never detract from
> [Victim #5]..... in a matter of fact I like her for
> she is spellbinding sightly😍💕❤️ Uxoriously, The guy
> whom you jilted last Halloween... it looks like funny
> things unfold betwixt me and [Victim #5]on
> Halloween(s)👀😊..... [Victim #2] is evocative of a
> "Stripper arrayed aa Halloween Witch for an
> antidepressant sleeping pill," [Victim #5] is also
> like floating fish in bed.....
> . . .
> Seth asked me to send the supra..... be sure to tell
> him....P.S. [Victim #5], Sweetheart, should this or
> any of your kvetching goes to court, you shall be
> subpoenaed, at Taxpayers' & Veterans' expense, to
> point your finger at me and explain to the judge &

> jury how & why "you felt threatened,"-something I
> NEVER DID, whereby you shall become a public record,
> whereby you shall silhouette yourself as a Doctress
> Witch Squeals on Veterans & her parents, should the
> latter occur, you might as well call Loma Linda home
> for life, for the next stop would be a county jail
> hospital or a state prison for you to practice in
> California....

  b. The second email was sent at approximately 10:32
AM and details PANTCHEV's medical issues followed by:

> I have absolutely no problem Doctress [Victim #5]
> treating me, should she desirous to..... Howbeit, I
> shall NOT foist myself on her.... [Victim #5],
> Darling, PLEASE, quethen NOT "I don't like Members of
> Fair M.D.s" for it is far-fetched will-o'-the-
> wisp...PLEASE, include this in your Progress Notes.
> Uxoriously, Gueorgui H PANTCHEV.

  c. The third email was sent at approximately 10:51
AM and was a duplicate of the second email.

  d. The fourth email was sent at approximately 11:41
AM discussing the nurse that PANTCHEV claimed threatened him,
and included the following: "This is the SECOND time [Victim #5]
MD cold shoulders treating me while I'm injured by the VAPD."

  4. <u>The Loma Linda VA Restricted PANTCHEV's Access</u>

  66. As with the West LA VA, PANTCHEV's harassment and
stalking of care providers ultimately led to restrictions on his
access to, and use of, the Loma Linda VA facilities, as
described below.

  67. I reviewed over 40 Loma Linda VA Police reports
regarding incidents with PANTCHEV since 2018. The reports
detailed instances of him being loud, disruptive, rude, and
demanding. The reports also documented PANTCHEV's attempts to
avoid a police escort by failing to check in with police

operations, failing to depart the premises at the time he is no longer allowed on campus, and coming to campus after hours. PANTCHEV refused to comply with and regularly evaded the restrictions placed on his use of the Loma Linda VA.

68.   On December 5, 2019, Dr. Nasser-Noori, Acting Chief of Staff at the Loma Linda VA sent PANTCHEV a letter that provides the following:

> The Loma Linda VA Disruptive Behavior Committee continues to be concerned about your behavior on VA grounds.  In October 2018, you were informed that you would need to be escorted by VA Police for appointments and visits to Loma Linda VA.  You were also requested to interact with the staff, other patients, and visitors respectfully and without intimidation.  However, per VA Police there have been several instances in which you did not report to the VA Police for an escort once arriving on VA grounds. Additionally, per VA Police there have been several instances in which you have either been in employee areas that are not designated for patients, or you have intruded into areas that are permissible for patients however you did so without an appointment….Per VA Police there have been instances in which you have sent email to employees to their staff email address which is not appropriate for patient communications, and have written letters to staff that contain disparaging remarks about VA staff, demands, and profanity.

69.   The letter continued by listing the additional restrictions and guidelines to receiving care at the VA that PANTCHEV needed to follow.  The letter notified him that the patient record flag was in his file and after one year he could contact Victim #3, Chair of the Disruptive Behavior Committee to request a review.  PANTCHEV continued to flout VA restrictions after receiving this letter.

**C.   PANTCHEV Returns to the West LA VA and Resumes Harassment & Stalking of Care Providers There**

70.   I know from VA Police incident reports that PANTCHEV visited the West LA VA on the following dates - in direct violation of his parole conditions: March 3, March 14, June 4, and June 9, 2020.  Indeed, it was not until those familiar with him learned that PANTCHEV was coming on campus and notified the West LA VA leadership that PANTCHEV's appointments there were cancelled.  He had already scheduled appointments there well into the summer.

71.   PANTCHEV's parole ended on September 18, 2020, and he visited the West LA VA on October 21, October 22, November 5, 2020, despite having been notified by the VA that he was not allowed on the West LA VA campus.

72.   From a Department of Veteran Affairs police report, I learned that on October 22, 2020, PANTCHEV trespassed on the West LA VA campus.  Officers issued a trespassing advisement and PANTCHEV refused to comply.  He was arrested for trespassing and battery for spitting at an officer's face.

73.   On October 22, 2020, PANTCHEV was mailed a Cease and Desist Letter by Steven Snortland, the Deputy Chief Counsel at the VA, that provided, among other things, the following:

> Officials at the Department of Veteran Affairs Loma Linda and Greater Los Angeles Healthcare Systems report that you are harassing VA employees.  You've scheduled appointments that violated conditions of your parole, sent inappropriate emails and calls to staff, and trespassed on the Greater Los Angeles Healthcare System's campus.  Due to your conduct, you must cease seeking care at the Greater Los Angeles Healthcare System and make arrangements with providers at other VA facilities like the Loma Linda VA Health Care System where you've previously been instructed on

how to access care.  The following employees are no
longer your healthcare providers and you should
immediately cease contact with them ([Victims #1-5]).
Next, you should immediately cease sending
disparaging, demeaning, and degrading emails regarding
these employees to other VA Personnel."

### 1.   Incident at West LA VA Pharmacy

74.  Based on my interviews of witnesses and my review of
law enforcement records, I know that on October 21, 2020,
PANTCHEV went to the West LA VA pharmacy to attempt to refill
prescriptions.  PANTCHEV was not allowed to be present at the
West LA VA and did not have a police escort.  During his time at
the pharmacy, the following occurred:

a.   Witness #2, a pharmacist, told PANTCHEV that she
could not refill his prescription because it was for the Loma
Linda VA.

b.   At one point in the interaction, PANTCHEV hit the
glass in between them and asked her if it was bulletproof.  She
told him that she was unsure.  PANTCHEV then laughed and smiled.

75.  Witness #2 told me that she has interacted with
PANTCHEV many times in her tenure at the VA and told me that
PANTCHEV lingered during their conversations, that she found him
"creepy," and that his interactions were inappropriate,
including at one time asking her to demonstrate how to use a
suppository.

### 2.   Renewed Stalking & Harassment of Victim #1

76.  Upon learning that PANTCHEV had been released from
prison, Victim #1 said that she requested to move offices to a
more secure location out of concern for her well-being.  She

felt that she had to take additional steps for her safety, believing that PANTCHEV would search for her, find her, and harm her.

77.   On June 15, 2020, Victim #5 forwarded Victim #1 an email chain from the Yandex Account that contained personal references to Victim #1.  I have reviewed the email, which is discussed in more detail in paragraph 60.  In sum, the email discussed taking riot leaders outside into the woods and shooting and burying them.  Victim #1 told investigators that the description of these acts of violence made her think that PANTCHEV was targeting her and her husband.

78.   Victim #1 also received, from a colleague, a copy of an August 11, 2020, email from the Yandex Account that referred to her (the "August 11 Email").  The email message had been sent to approximately 114 VA employee email accounts.  The email was 67 pages long, including attachments, and contained photos of Victim #1.  In an attachment titled "A Torrid Affair," the author referred to Victim #1 as a "cunt" and indicated that she was bad for her patients, that she lied, and that she could not practice medicine.

79.   Victim #1 told investigators that she believed PANTCHEV's behavior was calculated and predatory, and that he was a credible threat to her safety.

       3.   <u>Renewed Stalking & Harassment of Victim #2</u>

80.   Victim #2 told investigators that she believed that when PANTCHEV was released from prison he would find and kill her.  Victim #2 has undergone therapy to help deal with the

33

stress caused by PANTCHEV's prior stalking.  She still fears
that PANTCHEV will harm her.

81.  In June 2020, Victim #5 forwarded an email to her from
the Yandex Account that had been sent to approximately 73 VA
employee email accounts, titled, "Malfeasance and Misfeasance &
Dereliction of Duty & Frittering of Taxpayers Money Away."  I
have reviewed this email, which among other things, falsely
claims that Victim #2 was raped by a veteran.  After reading
this email, Victim #2 was so fearful that she took the next day
off of work and stayed in bed for the entire day.  Victim #2
recently had security cameras installed at her home for
protection against PANTCHEV and often thinks she hears things in
the night, prompting her to check the cameras to be sure that it
is not PANTCHEV.  She worries that PANTCHEV will learn where she
lives.

82.  Victim #2 also received, from a colleague, a copy of
an August 5, 2020, email from the Yandex Account that had been
sent to approximately five VA employee email accounts, referring
to her.  This email included pictures of Victim #2, including
her previous Facebook profile picture, and other pictures that
she said could have been taken from her sister's Facebook page.

83.  This email caused a number of Victim #2's colleagues
to call her to see if she was alright.  Victim #2 reported that
the email both maligned her and made her feel unsafe.  She said
that she was considering obtaining a restraining order but did
not want PANTCHEV to learn her home address.

84.   Victim #2 also received, from a colleague, a copy of the August 11 Email.  The email contained, among other things, the following items relating to Victim #2:

a.   In one attachment, PANTCHEV blamed Victim #2 for banning him from the West LA VA.

b.   In another, PANTCHEV called her a "cunt," and referred to her being raped again, as well as discussing her husband and daughter.  PANTCHEV claimed that her daughter was not her husband's child because of all the men with whom she was allegedly having sex.

c.   PANTCHEV also claimed that Victim #2 asked PANTCHEV out and that he turned her down.

d.   The email also claimed that Victim #2 was a Satanist, presumably because of the Star of David necklace she wore, which PANTCHEV referred to as a pentagram.

4.   PANTCHEV's Ongoing Stalking, Including Distribution of Packets of Printed Materials at the VA

85.   I know from my participation in this investigation that, in addition to email and in-person encounters, physical packets of written materials containing harassing and threatening statements about the victims have been deposited at VA facilities about PANTCHEV's victims.  These packets were often similar in form to the lengthy emails and attachments sent by accounts believed to be used by PANTCHEV, including the Yandex Account.  In recent weeks, hundreds of fliers disparaging victims have been deposited almost daily throughout West Los Angeles, that include contact information for Victims #1 and #2

and appear to be attempts to incite others to take action against them and another physician who is in the VA leadership.

       *a.    November 1 & 2 2020 Packet at Loma Linda VA*

    86.  On November 1, and November 2, 2020, PANTCHEV was recorded on surveillance video leaving packages at the Loma Linda VA Outpatient Pharmacy building with copies of emails sent to Victim #5 and two other VA employees from the Yandex Account, detailing allegations about how the West Los Angeles VA denied treatment to PANTCHEV, pictures of medications he wanted filled and the following:

> I have absolutely no problem Doctress Victim #5
> treating me, should she desirous to…. Howbeit, I shall
> NOT foist myself on her… Victim #5, Darling, PLESE,
> quethen NOT "I don't like Members of Fair M.D.s" for
> it is far-fetched will-o'-the-wisp… PLEASE include
> this in your Progress Notes.

        *b.    November 5, 2020 Packet at West LA VA*

    87.  On November 5, 2020, PANTCHEV dropped off a package at the West LA VA at Building 217.  The envelope was addressed to Criminal Investigator Dennis Troy.  Inside the envelope were a number of PANTCHEV's written manifestos, which I recognized from reviewing his emails to the victims and their co-workers.  Among the contents of the package were the following:

        a.  A document, labeled "Pyrrhic Victory," that included the following:

> [Victim #2] & [Victim #1] are banned from practicing
> outside of West Los Angeles VA, the only other place
> in California the two Cunts can practice is a county
> jail or a state prison. [Victim #2] and [Victim #1]
> are the talk of the hallways, the gossip of their
> neighborhoods and market places, all of their
> colleagues and Veterans abhor them.
> . . .
> [Victim #5] spurned treating me THREE times in one

year, last: Sunday, November 1, 2020, [Victim #5] held
me in her ER for THREE AND A HALF hours, got her
Charge Nurse Seth to threaten me, and complained to
her male colleagues "I am stocking her." "The VA
allows its Doctresses to spurn treating their
patients….If this Piece of Shit, shrouded under
pulchritude, pulls this shit in UCLA or Cedar of
Sinai, she would be offered on the dot to either
resign or get fired."

The printed email then included personal photos of Victim #5.

It also stated, "[Victim #2] is redolent of an OLD Porn Star

Witch auditioned for a Hallowing Commercial for an Anti-

Depressant Sleaping Pill…and got cold-shouldered by a much

younger Stripper, hence, [Victim #2] is always BITCHY….looking

for attention."  The email then listed Victims #1-#4 as part of

a "Hatressess Club."

        b.   The packet of documents also included a printed

version of the August 25, 2020, email titled "Malfeasance and

Misfeance & Dereliction of Duty & Frittering of Taxpayers Money

Away by the Department of Veteran Affairs," which is also

described above.  Included in the email and printed out in the

packet was an embedded image of a woman performing fellatio.

Underneath the photo was the text, "[Victim #3] is a firm

believer that sucking men's dicks and acting tougher than men

when put in a man's position is the way to act as a woman in a

man's position."

        c.   *December 11, 2020 Fliers near West LA VA*

    88.  I know from VA Police reports and discussions with law

enforcement officers that on December 11, 2020, fliers

containing a full-page photograph of West LA VA Chief of Staff

Dr. Steven Simon were found near the West LA VA campus.  Those

fliers include a large header that reads "Child Molester" above the photograph and include a claim that he "[t]akes his victims to the VA Executive Housing with the help of the VA Police."

89.   I know from my participation in this investigation that Dr. Simon has been involved in the VA responses to PANTCHEV's behavior.   The style of these fliers is consistent with PANTCHEV's other harassment and stalking of VA employees. This same flier was included in an envelope left at Pepperdine University, along with fliers that referenced Victims #1 and #2 (described below).   Accordingly, I believe that PANTCHEV is also the one who created this flier.

> d.   December 15 & 21, 2020 Fliers near and at West LA VA

90.   I know from VA Police reports and discussions with law enforcement officers that on December 15, 2020, additional fliers were found near and on the West LA VA campus.   These were two-sided documents.   One side contained an almost full-page photograph of Victim #1 along with some text, and the other side contained an almost full-page photograph of Victim #2, along with some text.   I recognize the photographs used as some of the same photographs used by PANTCHEV in his prior emails and harassment packets.

91.   The text on the side of the flier featuring Victim #1 included the following:

a.   "Niggers & Wetbacks & Homeless Veterans Belong in Prisons or Psychiatric Hospitals," above Victim #1's name, as though attributing a quote to her.

38

> b.    "Married for a Killer LAPD Cop.  Carries a Loaded Gun."[8]
>
> c.    "Declares Insane Witnesses of Police Brutality."
>
> d.    "Sucks Steven R. Simon, MD's Dick."

92.   The text on the side of the flier featuring Victim #2 included the following:

> a.    "Satanist Engages in Gangbang Rituals."
>
> b.    "Fucks her Patients then lies they 'stalk her.'"
>
> c.    "Psychologically damaged by PTSD Was Raped."
>
> d.    "Sucks James Harden-VAPD Chief's Dick."
>
> e.    "Dumped by her husband [name redacted] bore him her fuck-buddies daughter.  Carries a Loaded Gun."
>
> f.    "Flat Has No Tits Like Lifeless Fish in Bed."

> *e.  December 18, 2020 Fliers near and on Long Beach VA*

93.   I know from VA Police reports and discussions with law enforcement officers that on December 18, 2020, additional fliers were found near and on the Long Beach VA campus.  These were the same two-sided documents discussed in paragraphs 90-92.

> *f.  December 24, 2020 Fliers near Victim #2's Parent's Residence in Brentwood*

94.   I know from interviewing Victim #2 that two fliers were found at her parent's residence in Brentwood.  The first flier was the same as that discussed in paragraph 92.  The other flier, labeled "The Three Witches of Brentwood," had the names

---

[8] At trial, when testifying against PANTCHEV, Victim #1 was cross-examined on her marriage to an LAPD officer.  That fact is otherwise not public.  At trial, Victim #1 refused to provide her husband's name out of fear that PANTCHEV would target him.

of Victim #2 and Victim #2's sister, and invited individuals to come to a Christmas Eve Party at 10:00 p.m. at Victim #2's parent's rental property (the "Christmas Eve Flier").  The two fliers were in a United States Postal Service Priority Mail envelope but had not been mailed.  Victim #2 collected approximately 25 of these envelopes on the street and at least eleven more around the neighborhood.  The same flier, modified to advertise a New Year's Eve Party, was found in Manhattan Beach on January 3rd by a colleague of Victim #2.  The Christmas Eve Flier had text that included the following:

    a.   "Our sister [Victim #2] is stoned high as a kite again… she can't find a man who can stand her for she is SOOO BITCHY…even her fat saw whale husband-a wacko Veteran-dumped her…"

        i.   At trial, Victim #2 testified that her then fiancé, now husband, was in the military.  This fact is otherwise not well-known.

    b.   "We are throwing a Christmas Party for her. Come and join us. We love to get laid and get paid. If you don't have the money, NO PROBLEM."

    c.   "[Victim #2] is a Doctor who just started her practice at the above address. We accept all insurance plans and all credit cards. We'll bill your insurance, and you get to fuck [Victim #2] at your insurance expense, isn't that great? [Victim #2] just got fired from the VA for 'inappropriate interactions with patients.' She is desperate…"

    d.   "Menage a trois is our specialty 😊 😊😊"

e.   "Boys UNDER 17 are welcome, with or without parents' consent, for there is nothing in the world [Victim #2] loves more than little boys dicks wobbling in her pussy and scratching her cute buthole…"

95.   PANTCHEV also included Victim #2's VA email address as well as her Instagram handle.  Recently, Victim #2 said that she has been receiving friend requests from many Instagram users that she does not know and believes that these requests are connected to the distribution of these fliers.

g.   *December 29, 2020 Fliers near and at West LA VA*

96.   I know from VA Police reports and discussions with law enforcement officers that on December 29, 2020, additional fliers were found near and on the West LA VA campus.  These were the same two-sided documents discussed in paragraph 90.

h.   *December 31, 2020 Fliers near and at Pepperdine University in Malibu*

97.   I know from Pepperdine University Public Safety Reports that additional fliers were found on Alumni Park at Pepperdine University and at the nearby CVS shopping center off Pacific Coast Highway.  These fliers were the same documents as those discussed in paragraph 90.  Additionally, a packet was found in the campus security booth on John Tyler Drive containing both the fliers discussed in paragraph 90 and the Dr. Steven Simon flier discussed in paragraph 88.  There was also a typed letter that includes the following:

a.   "Those two cunts have fucked us all at Greated Los Angeles VA. We are all catching shit because of them."

41

> b. "Get rid of them, PLEASE"

> c. "Veterans are denied essential treatment because of them."

> d. "Veterans don't trust us and avoid seeking treatment because of them."

> e. "Those two 'attending doctors' are directly responsible for the increase of the suicide rate among Veterans and for the increased number of incarsarated Veterans."

> f. "Everyone-staff and Veterans-HATES those TWO BITCHES."

> g. "Clinicians have resigned and resign because of them. We are all fed up with them."

> h. "No one wants to be around them."

> i. "Those two flyers are all over town."

> j. "Everyone knows about them and thinks 'doctors are snitches for the cops and the DA.'"

> k. "Residents avoid our programs."

> l. "Our relationship with the community is shaken."

> m. "Those two 'doctors' are on paid leave for their 'safety' while all of us are working hard risking to catch COVID-19."

> n. "Do something, PLEASE. THANK YOU."

> *i. January 4 & 5 2021 Fliers on West LA VA*

98. I know from VA Police reports and discussions with law enforcement officers that on January 4 and 5, 2021, additional fliers were found near and on the West LA VA campus.  These were

42

two-sided documents discussed in paragraph 90.  There were approximately 500 fliers dropped off on January 5, 2021.

99.  Based on my participation in this investigation, and PANTCHEV's prior stalking and actions toward Victim #1 and Victim #2, I believe it is likely that PANTCHEV was involved with the distributions of these fliers.

100. Victim #1 and Victim #2 have both learned about the contents and distribution of the fliers described above.  On January 7, 2020, I spoke with Victim #1, and she told me that she was concerned for her safety, had hit her "breaking point" and did not feel safe at her home.

101. On September 16, 2020, I interviewed Doctor #3, a doctor who has worked at both the Loma Linda and West LA VA. Doctor #3 was familiar with PANTCHEV and said that she first interacted with him approximately seven or eight years ago.  She said that during that timeframe, on a number of occasions, she saw PANTCHEV use back entrances to enter VA clinics after hours. She told him that he was not allowed to enter the clinics, and said that he would apologize but then try and make small talk. She described his behavior as unsettling and said that he would linger in VA hallways after hours.

102. Each of the victims has reported that, as a result of PANTCHEV's actions, she is fearful of PANTCHEV and concerned for her safety.

**D.   Investigation re KIOWA APARTMENT and Vehicles**

103. On or about September 15, 2020, I reviewed records obtained from the California Department of Motor Vehicles for

PANTCHEV and learned that the **DODGE CHARGER** and **CADILLAC ELDORADO CONVERTIBLE** were registered to PANTCHEV.

104. On or about December 2, 2020, I received records for PANTCHEV from the Housing and Urban Development-Veterans Affairs Supportive Housing Program.  In those records, the **KIOWA APARTMENT** was listed as PANTCHEV's residence.  Those records also show that PANTCHEV's phone number was xxx-xxx-6088 (the Pantchev Phone Number), and his email was usaghp@yandex.com (the Yandex Account).

105. On or about September 28, 2020 SA David Ricker conducted physical surveillance of the University Avenue Residence where PANTCHEV resided in Loma Linda.  At that time, the **CADILLAC ELDORADO CONVERTIBLE** was parked at the apartment complex containing the residence.

106. On or about December 1, 2020, I conducted physical surveillance of the **KIOWA APARTMENT**.  The **DODGE CHARGER** and **CADILLAC ELDORADO CONVERTIBLE** were parked in the carport labeled #1 and on the driveway of the **KIOWA APARTMENT**.  The **KIOWA APARTMENT** is a two-story, multi-unit apartment building.  Unit #1 is on the first floor of the building.

107. On or about December 7, 2020, I conducted physical surveillance of the **KIOWA APARTMENT**.  The **CADILLAC ELDORADO CONVERTIBLE** was parked in the carport.  While I was conducting surveillance, the **DODGE CHARGER** arrived at the residence and PANTCHEV exited the **DODGE CHARGER** and walked towards the **KIOWA APARTMENT**.

44

108. On or about November 25, 2020, I reviewed a California Highway Patrol Arrest report for PANTCHEV which noted that on the day of his arrest October 4, 2020, he was driving the **DODGE CHARGER.**

109. Based on the foregoing, I believe that PANTCHEV currently lives at the **KIOWA APARTMENT** and owns and operates the **DODGE CHARGER** and **CADILLAC ELDORADO CONVERTIBLE.**

110. Based on my training and experience investigating stalking and threat-to-life cases, I know that individuals engaged in such conduct commonly use fake or anonymized accounts, false identifications or identities, or stolen identifications, in order to avoid detection and to hide their true identities.  These individuals often also keep evidence related to these accounts and identifiers in secure, easily-accessible places, like their homes, cars, and on their person.

111. Based on the foregoing, as well as my training, experience, and knowledge of this investigation, I also believe that electronic devices, including computers, laptops, tablets, printers, and cellular telephones capable of making telephone calls and accessing the internet and generating the fliers discussed above -- and that were likely used by PANTCHEV during the activities described herein -- will be found at the **KIOWA APARTMENT**, in the **DODGE CHARGER** and **CADILLAC ELDORADO CONVERTIBLE**, and on PANTCHEV's person.  Based on PANTCHEV's use of international email servers and accounts to harass and threaten victims, I also believe digital and physical evidence related to the stalking, harassment, and the threatening

45

communications (including evidence related to identity) will be found at the **KIOWA APARTMENT**, in the **DODGE CHARGER** and **CADILLAC ELDORADO CONVERTIBLE**, and on PANTCHEV's person.

###### E.    Training and Experience on Digital Devices

112. Based on my training, experience, and information from those involved in the forensic examination of digital devices, I know that the following electronic evidence, inter alia, is often retrievable from digital devices:

a.    Forensic methods may uncover electronic files or remnants of such files months or even years after the files have been downloaded, deleted, or viewed via the Internet.  Normally, when a person deletes a file on a computer, the data contained in the file does not disappear; rather, the data remain on the hard drive until overwritten by new data, which may only occur after a long period of time.  Similarly, files viewed on the Internet are often automatically downloaded into a temporary directory or cache that are only overwritten as they are replaced with more recently downloaded or viewed content and may also be recoverable months or years later.

b.    Digital devices often contain electronic evidence related to a crime, the device's user, or the existence of evidence in other locations, such as, how the device has been used, what it has been used for, who has used it, and who has been responsible for creating or maintaining records, documents, programs, applications, and materials on the device.  That evidence is often stored in logs and other artifacts that are not kept in places where the user stores files, and in places

46

where the user may be unaware of them.  For example, recoverable data can include evidence of deleted or edited files; recently used tasks and processes; online nicknames and passwords in the form of configuration data stored by browser, e-mail, and chat programs; attachment of other devices; times the device was in use; and file creation dates and sequence.

       c.    The absence of data on a digital device may be evidence of how the device was used, what it was used for, and who used it.  For example, showing the absence of certain software on a device may be necessary to rebut a claim that the device was being controlled remotely by such software.

       d.    Digital device users can also attempt to conceal data by using encryption, steganography, or by using misleading filenames and extensions.  Digital devices may also contain "booby traps" that destroy or alter data if certain procedures are not scrupulously followed.  Law enforcement continuously develops and acquires new methods of decryption, even for devices or data that cannot currently be decrypted.

113. Based on my training, experience, and information from those involved in the forensic examination of digital devices, I know that it is not always possible to search devices for data during a search of the premises for a number of reasons, including the following:

       a.    Digital data are particularly vulnerable to inadvertent or intentional modification or destruction.  Thus, often a controlled environment with specially trained personnel may be necessary to maintain the integrity of and to conduct a

complete and accurate analysis of data on digital devices, which may take substantial time, particularly as to the categories of electronic evidence referenced above.  Also, there are now so many types of digital devices and programs that it is difficult to bring to a search site all of the specialized manuals, equipment, and personnel that may be required.

b.   Digital devices capable of storing multiple gigabytes are now commonplace.  As an example of the amount of data this equates to, one gigabyte can store close to 19,000 average file size (300kb) Word documents, or 614 photos with an average size of 1.5MB.

114. The search warrant requests authorization to use the biometric unlock features of a device, based on the following, which I know from my training, experience, and review of publicly available materials:

a.   Users may enable a biometric unlock function on some digital devices.  To use this function, a user generally displays a physical feature, such as a fingerprint, face, or eye, and the device will automatically unlock if that physical feature matches one the user has stored on the device.  To unlock a device enabled with a fingerprint unlock function, a user places one or more of the user's fingers on a device's fingerprint scanner for approximately one second.  To unlock a device enabled with a facial, retina, or iris recognition function, the user holds the device in front of the user's face with the user's eyes open for approximately one second.

b.   In some circumstances, a biometric unlock function will not unlock a device even if enabled, such as when a device has been restarted or inactive, has not been unlocked for a certain period of time (often 48 hours or less), or after a certain number of unsuccessful unlock attempts.  Thus, the opportunity to use a biometric unlock function even on an enabled device may exist for only a short time.  I do not know the passcodes of the devices likely to be found in the search.

c.   Thus, the warrant I am applying for would permit law enforcement personnel to, with respect to any device that appears to have a biometric sensor and falls within the scope of the warrant: (1) depress PANTCHEV's thumb and/or fingers on the device(s); and (2) hold the device(s) in front of PANTCHEV's face with his eyes open to activate the facial-, iris-, and/or retina-recognition feature.

//

//

//

//

//

//

//

//

//

//

//

//

## V.  <u>CONCLUSION</u>

115. For all the reasons described above, there is probable cause to believe that PANTCHEV has stalked Victim #1 in violation of 18 U.S.C. § 2261A(2) (Stalking).  Further, there is probable cause to believe that evidence of violations of 18 U.S.C. § 2261A(2) (Stalking), as described above and in Attachment B of this affidavit, will be found in a search of the **KIOWA APARTMENT**, the **DODGE CHARGER,** the **CADILLAC ELDORADO CONVERTIBLE**, and on PANTCHEV's person as further described above and in Attachments A-1, A-2, A-3, and A-4 to this affidavit.


Subscribed to and sworn before me
this 13th day of January, 2021.


_____
HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE